AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Wilson Leonel Barahona-Zuniga

AKA: Wuilson Leonel Barahona-Zuniga

IAE    YOB:    1974
Honduras
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:    M-19-0930-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 23, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Wilson Leonel Barahona-Zuniga was encountered by Border Patrol Agents near Mission, Texas on April 23, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 23, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 4, 2013 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 5, 2012, the Defendant was convicted of Possession of a Firearm by an Illegal Alien and Illegal Reentry and was sentenced to seventeen (17) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Approved by AUSA S. DI PIAZZA 4/25/19 @ 8:32 am
AD: Piampa

Sworn to before me and subscribed in my presence,

April 25, 2019  -8:45 a.m.

Juan F. Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

Julio C. Pena    Senior Patrol Agent

Signature of Judicial Officer